Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

September 22, 2005.
BRUCE RIFKIN, Clerk
By_____ Deputy

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR04-0399P |
| Plaintiff, ) | |
| v. ) | SUPERSEDING INDICTMENT |
| MIRZA M. AKRAM, ) | |
| Defendant. ) | 04-CR-00399-INDI |

THE GRAND JURY CHARGES THAT:

## COUNT 1
### (Conspiracy to Commit Food Stamp Fraud)

Beginning in or about November 2002 and continuing until in or about July 2004, at Everett, in the Western District of Washington, MIRZA M. AKRAM, A.A., I. al-B., W. al-K., M. al-M, Z.O., A.S., and others known and unknown to the grand jury did knowingly and willfully combine, conspire, and agree to commit an offense against the United States, to wit: food stamp fraud, in violation of Title 7, United States Code, Section 2024.

*Manner and Means of the Conspiracy*

Under the federal food stamp program, states issue food stamps to recipients. Those food stamps then may be used by the recipients to purchase "eligible food." See 7 C.F.R. § 274.10(d). They may not be used to purchase other items or redeemed for cash. Food stamp recipients typically receive their benefits in the form of a credit on an

electronic benefit transfer (EBT) card. Food stamp recipients may then use their card at EBT machines, which are located, among other places, in participating grocery stores, to pay for food that they purchase with food stamps. When food stamp recipients purchase food, the food stamp program electronically credits the account of the participating grocery store for the amount of food stamps used by the food stamp recipient.

It was a part of the conspiracy that AKRAM operated a grocery store, Continental Spices, in Everett, Washington, and that that store participated in the food stamp program and had an EBT machine. It was a part of the conspiracy that AKRAM permitted food stamp recipients to use their food stamp benefits to purchase items other than food, in violation of federal law. It also was a part of the conspiracy that AKRAM provided cash to food stamp recipients in return for food stamps, again, in violation of federal law. In both cases, food stamp recipients paid AKRAM with food stamps by using the EBT machine at Contental Spices to debit their food stamp accounts. It was a part of the conspiracy that AKRAM provided less cash or ineligible merchandise to food stamp recipients than the value of the food stamps that the recipients redeemed at AKRAM's store, and, thereby, retained a portion of the value of the illegally-redeemed food stamps

*Overt Acts*

In furtherance of this conspiracy, and to accomplish one or more of the objects of the conspiracy, AKRAM and his co-conspirators committed or caused to be committed one or more of the following overt acts:

1. On or about April 9, 2003, W. al-K. redeemed $120 in food stamps at Continental Spices.

2. On or about April 9, 2003, AKRAM paid W. al-K. $100 in cash in return for W. al-K's food stamps.

3. On or about December 31, 2003, M. al-M. redeemed $345 in food stamps at Continental Spices.

4. On or about December 31, 2003, AKRAM paid M. al-M. approximately $100 in groceries and $80 in cash in return for M. al-M.'s food stamps.

5. On or about February 18, 2004, A.S. redeemed $250 in food stamps at Contintental Spices.

6. On or about February 18, 2004, AKRAM paid A.S. approximately $49 in cash and a bottle of liquor in return for A.S' food stamps.

7. On or about April 6, 2004, I. al-B. redeemed $180 in food stamps at Continental Spices.

8. On or about April 6, 2004, AKRAM paid I. al-B. $150 in cash in return for I. al-B's food stamps.

9. On or about June 9, 2004, A.A. redeemed $120 in food stamps at Continental Spices.

10. On or about June 9, 2004, AKRAM paid A.A. $100 in cash in return for A.A.'s food stamps.

11. On or about June 13, 2004, Z.O. redeemed $120 in food stamps at Continental Spices.

12. On or about June 13, 2004, AKRAM paid Z.O. $100 in cash in return for Z.O's food stamps.

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2-12
### (Food Stamp Fraud)

On or about the dates listed in the following table, at Everett, in the Western District of Washington, MIRZA M. AKRAM, presented, caused to be presented, and aided and abetted in presenting food stamp coupons, as that term is defined in Title 7, United States Code, Section 2012(d), for redemption, knowing the same to have been used in violation of Title 7, United States Code, Chapter 51 and regulations issued pursuant thereto, in that the coupons were not used to purchase eligible food, each presentation constituting a separate count of this Superseding Indictment.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Count | Date | Food Stamp Recipient | Amount of Food Stamp Coupons Presented |
|---|---|---|---|
| 2 | January 5, 2003, 8:35:06 p.m. | Z.O. | $50 |
| 3 | January 5, 2003, 8:35:44 p.m. | Z.O. | $50 |
| 4 | January 5, 2003, 8:36:21 p.m. | Z.O. | $50 |
| 5 | January 5, 2003, 8:37:01 p.m. | Z.O. | $50 |
| 6 | January 5, 2003, 8:37:37 p.m. | Z.O | $50 |
| 7 | April 9, 2003 | W. al-K. | $120 |
| 8 | December 31, 2003 | M. al-M. | $345 |
| 9 | February 18, 2004 | A.S. | $250 |
| 10 | April 6, 2004 | I. al-B. | $180 |
| 11 | June 9, 2004 | A.A. | $100 |
| 12 | June 13, 2004 | Z.O. | 120 |

All in violation of Title 7, United States Code, Section 2024(c).

## COUNTS 13-23
### (Theft of Government Property)

On or about the dates listed in the following table, at Everett, in the Western District of Washington, MIRZA M. AKRAM, willfully and knowingly did steal, purloin, and convert to his own use and the use of others, currency, in the amounts listed, of the goods and property of the United States, each theft constituting a separate count of this Superseding Indictment.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Count | Date | Holder of Food Stamp Card Debited | Amount Stolen |
|---|---|---|---|
| 13 | January 5, 2003, 8:35:06 p.m | Z.O. | $50 |
| 14 | January 5, 2003, 8:35:44 p.m | Z.O. | $50 |
| 15 | January 5, 2003, 8:36:21 p.m | Z.O. | $50 |
| 16 | January 5, 2003, 8:37:01 p.m | Z.O. | $50 |
| 17 | January 5, 2003, 8:37:37 p.m | Z.O. | $50 |
| 18 | April 9, 2003 | W. al-K. | $120 |
| 19 | December 31, 2003 | M. al-M. | $345 |
| 20 | February 18, 2004 | A.S. | $250 |
| 21 | April 6, 2004 | I. al-B. | $180 |
| 22 | June 9, 2004 | A.A. | $100 |
| 23 | June 13, 2004 | Z.O. | 120 |

All in violation of Title 7, United States Code, Section 641.

## COUNT 24
### (Conspiracy to Commit Arson)

Beginning in or about June 2004 and continuing to on or about July 9, 2004, at Everett, within the Western District of Washington, and elsewhere, MIRZA M. AKRAM and Naveed M. Khan, did knowingly and willfully combine, conspire and agree to commit an offense against the United States, to wit: the arson of Continental Spices convenience store, located at 315 East Casino Road, Everett, Washington, a building used in or affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i).

*Manner and Means of the Conspiracy*

It was a part of the conspiracy that AKRAM operated Continental Spices convenience store. In 2002 and 2003, Continental Spice's revenues declined drastically. As a result, in part, of Continental Spice's declining sales, AKRAM began to commit the food-stamp fraud alleged in Counts 1-16, in an effort to bolster Continental Spice's finances and to maintain the store's solvency. When even this

food-stamp fraud proved insufficient, AKRAM conspired with Khan to burn down Continental Spices to obtain insurance proceeds.

*Overt Acts*

In furtherance of the conspiracy, and to accomplish the object of the conspiracy, AKRAM and his coconspirators committed the following acts:

1. On or about July 8, 2004, Khan rented a Ford Focus at Enterprise Rental Company in Bremerton, Washington.

2. On or about July 8, 2004, AKRAM, poured gasoline throughout Continental Spices convenience store, located at 315 East Casino Road, Everett, Washington.

3. On or about July 9, 2004, Khan lit the gasoline and set a fire inside the Continental Spices convenience store, located at 315 East Casino Road, Everett, Washington.

All in violation of Title 18, United States Code, Section 844(n).

## COUNT 25
### (Arson)

On or about July 9, 2004, at Everett, within the Western District of Washington, MIRZA M. AKRAM, maliciously damaged and attempted to damage and destroy, and aided and abetted in damaging and attempting to damage and destroy, by means of fire, a building, Continental Spices convenience store, located at 315 East Casino Road,

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Everett, Washington, used in interstate and foreign commerce and in activity affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2 and 844(i).

A TRUE BILL:

DATED: 22 SEPTEMBER 2005

Signature of Foreperson redacted
pursuant to the policy of the
Judicial Conference of the United States.

_____
FOREPERSON

*[signature]*
JOHN McKAY
United States Attorney

*[signature]*
CARL BLACKSTONE
Assistant United States Attorney

*[signature]*
BRUCE F. MIYAKE
Assistant United States Attorney

*[signature]*
ANDREW C. FRIEDMAN
Assistant United States Attorney